UNITED STATES of America, Plaintiff–Appellee,

v.

Nathaniel Renard CHILES, Defendant–Appellant.

No. 01–7825.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 11, 2002.

Decided Feb. 28, 2002.

Nathaniel Renard Chiles, pro se. Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

PER CURIAM.

Nathaniel Renard Chiles seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Chiles' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Chiles,* Nos. CR–94–7; CA–01–36–7 (W.D.Va. July 12 & Oct. 25, 2001). We also deny Chiles' motion to expedite his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*